```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MORALES-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0500 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| JUAN MORALES-MARTINEZ, ) | Date: March 12, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of February 26, 2007, be vacated and a new Status Conference hearing date of March 12, 2007 at 10:00 a.m. be set.  This continuance is requested so that defense counsel can review discovery with his client and conduct investigation and research in the case.

    IT IS FURTHER STIPULATED that the period from February 26, 2007 through and including March 12, 2007, should be excluded in computing

1  the time within which trial must commence under the Speedy Trial Act,
2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3  continuity and preparation of counsel.
4
5  Dated: February 23, 2007
                                       Respectfully submitted,
6
                                       DANIEL J. BRODERICK
7                                      Federal Defender

8                                      /s/ Matthew C. Bockmon
                                       _____
9                                      MATTHEW C. BOCKMON
                                       Assistant Federal Defender
10                                     Attorney for Defendant
                                       JUAN MORALES-MARTINEZ
11
12
   Dated: February 23, 2007
13
                                       MCGREGOR W. SCOTT
14                                     United States Attorney

15                                     /s/ Matthew C. Bockmon for
                                       _____
16                                     MICHAEL BECKWITH
                                       Assistant U.S. Attorney
17                                     per telephonic authority

18
19
                              **O R D E R**
20
        IT IS SO ORDERED.
21
   Dated: February 23, 2007
22

23

24                                     _____
                                       FRANK C. DAMRELL, JR.
25                                     UNITED STATES DISTRICT JUDGE

26

27

28

Stip & Order                           2