1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MORALES-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-500 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| JUAN MORALES-MARTINEZ, ) | Date:  May 7, 2007 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of April 2, 2007, be vacated and a new Status Conference hearing date of May 7, 2007, at 10:00 a.m., be set.  This continuance is requested so that defense counsel can review discovery with his client and conduct investigation and research in the case.

   IT IS FURTHER STIPULATED that the period from April 2, 2007 through and including May 7, 2007, should be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: March 30, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JUAN MORALES-MARTINEZ

Dated: March 30, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: March 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                              2