McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JUAN MORALES-MARTINEZ,<br><br>             Defendants. | CR. S-06-0500 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS |

The parties request that the status conference currently set for June 4, 2007, at 10:00 am, be continued to December 3, 2007 at 10:00 a.m. and stipulate that the time beginning June 4, 2007, and extending through December 3, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time.  18 U.S.C. § 3161(h)(8)(A).  In particular, the defendant has a pending civil action (Civ. S-07-0695 FCD/DAD) before the Court regarding his immigration status.  The date for the defendant's hearing in this civil case is November 16, 2007. Resolution of this civil issue in the defendant's favor may

result in the dismissal of the pending criminal charges. Proceeding on this criminal matter while a potentially dispositive civil issue awaits a decision may result in a miscarriage of justice and warrants an exclusion of time from the speedy trial calculation.  18 U.S.C. § 3161(h)(8)(B)(I).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: May 30, 2007         By:/s/ Kyle Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

Dated: June 4, 2007         By:/s/ Matthew Bockmon
   *(Nunc pro tunc)*           MATTHEW BOCKMON
                               Attorney for defendant

**ORDER**

The status conference in case number S-06-0500 FCD, currently set for June 4, 2007, at 10:00 am, is continued to December 3, 2007 at 10:00 a.m. and the time beginning June 4, 2007, and extending through December 3, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance
///
///

2

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: June 5, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE