1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-06-0500 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING CHANGE OF PLEA** |
| JUAN MORALES-MARTINEZ, ) | |
| Defendants. ) | |

The parties request that the status conference currently set for February 25, 2008, at 10:00 am, be continued to April 21, 2008, and stipulate that the time beginning February 25, 2008, and extending through April 21, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time.  18 U.S.C. § 3161(h)(8)(A).  In particular, the defendant has a pending civil action (Civ. S-07-0695 FCD/DAD) before the Court regarding his immigration status.  This matter has been set for trial on Tuesday, March 18, 2008, with proposed findings of fact and conclusions of law due to the Court no later

than Tuesday, April 1, 2008.  Resolution of this civil issue in the defendant's favor may result in the dismissal of the pending criminal charges.  Proceeding on this criminal matter while a potentially dispositive civil issue awaits a decision may result in a miscarriage of justice and warrants an exclusion of time from the speedy trial calculation.  18 U.S.C. § 3161(h)(8)(B)(I).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: February 21, 2008        By: /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

Dated: February 21, 2008        By: /s/ Matthew Bockmon
                                        MATTHEW BOCKMON
                                        Attorney for defendant

**ORDER**

    The status conference in case number CR-S-06-0500 FCD, currently set for February 25, 2008, at 10:00 am, is continued to April 21, 2008, and the time beginning February 25, 2008, and extending through April 21, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance

///

///

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated: February 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE