1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2782

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )
                                    ) 2:06-cr-0500 FCD
12            Plaintiff,            )
                                    )  STIPULATION AND ORDER
13                                  )  CONTINUING STATUS CONFERENCE
                                    )
14  JUAN MORALES-MARTINEZ,          )
                                    )
15            Defendants.           )
    _____)

16
        The parties request that the status conference currently set
17
    for April 21, 2008, at 10:00 am, be continued to June 2, 2008,
18
    and stipulate that the time beginning April 21, 2008, and
19
    extending through June 2, 2008, should be excluded from the
20
    calculation of time under the Speedy Trial Act.  The parties
21
    submit that the ends of justice are served by the Court excluding
22
    such time.  18 U.S.C. § 3161(h)(8)(A).  In particular, the
23
    defendant has a pending civil action (Civ. S-07-0695 FCD/DAD)
24
    before the Court regarding his immigration status.  This matter
25
    was heard by the Court and proposed Findings and Recommendations
26
    are due on April 29, 2008.  Resolution of this civil issue in the
27
    defendant's favor may result in the dismissal of the pending
28

                                    1

1  criminal charges.  Proceeding on this criminal matter while a

2  potentially dispositive civil issue awaits a decision may result

3  in a miscarriage of justice and warrants an exclusion of time

4  from the speedy trial calculation.  18 U.S.C. § 3161(h)(8)(B)(I).

5  The parties stipulate and agree that the interests of justice

6  served by granting this continuance outweigh the best interests

7  of the public and the defendant in a speedy trial.  18 U.S.C. §

8  3161(h)(8)(A).

9                                    Respectfully Submitted,

10                                   McGREGOR W. SCOTT
                                     United States Attorney

11

12  Dated: April 16, 2008            By:/s/ Kyle Reardon
                                     KYLE REARDON
13                                   Assistant U.S. Attorney

14

15  Dated: April 16, 2008            By:/s/ Matthew Bockmon
                                     MATTHEW BOCKMON
16                                   Attorney for defendant

17       IT IS SO ORDERED.

18  DATED: April 18, 2008

19

20

21  _____
     FRANK C. DAMRELL, JR.
22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28