McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-06-0500 FCD |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING INDICTMENT |
| JUAN MORALES-MARTINEZ, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Juan Morales-Martinez, filed on December 14, 2006, in CR. No. S-06-500 FCD.  On May 27, 2007, this Court, in NO. CIV. S-07-0695 FCD DAD, granted the defendant's claim of derivative citizenship.  As such, the defendant is not an alien, see 8 U.S.C. 1101(a)(3), and there is

///
///
///
///

1 | no basis upon which to prosecute the defendant for Illegal
2 | Reentry in violation of 8 U.S.C. § 1326(a) and (b)(2).

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

 Date: May 27, 2008         By:    /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

                                    Attorneys for the Plaintiff
                                    UNITED STATES OF AMERICA
```

                              **O R D E R**

APPROVED AND SO ORDERED:

 Dated: May 28, 2008        _____
                            FRANK C. DAMRELL, JR.
                            United States District Judge